# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAYMOND F. RENO

NO. 2026 KW 0688

**JULY 27, 2026**

In Re: Raymond F. Reno, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 559254.

BEFORE: **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.** Relator failed to properly raise, plead, and particularize the basis for his contention that La. R.S. 14:81.1 is unconstitutional. See **State v. Hatton**, 2007-2377 (La. 7/1/08), 985 So.2d 709, 719. Furthermore, the application for postconviction relief, filed in 2025, is untimely on its face and relator failed to allege any of the enumerated exceptions to the time limitation. See La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*).

AHP
WEF

**Greene, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT